MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date:            08/21/08
Judge:           James S. Gwin
Case No.:        1:08cv00232
Court Reporter:  None

MONODE MARKING PRODUCTS, INC.,    )
                                  )
         Plaintiff,               )
                                  )
     v.                           )
                                  )
FREEDOM TECHNOLOGIES CORP.,       )
                                  )
         Defendant.               )

MATTERS CONSIDERED: Case management conference.

TOTAL TIME: 1 hr. 40 min.                *s/    Gwen Mackey*
                                         Courtroom Deputy Clerk